# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| THE NOCO COMPANY | ) | Case No.: 1:18-cv-2626 |
| | ) | |
| Plaintiff, | ) | Judge Patricia A. Gaughan |
| v. | ) | |
| | ) | |
| DONGGUAN TAOYUANXIANGBAO | ) | |
| ZHIPINYOUXIANGONGSI LTD. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT THROUGH ALTERNATIVE MEANS

Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff The NOCO Company ("NOCO") moves this Court for an order granting NOCO leave to serve DongGuan TaoYuanXiangBao ZhiPinYouXianGongSi Ltd., a foreign defendant, through Amazon's Message Center.

In support of this motion, NOCO relies upon the accompanying Memorandum of Law and the Declaration of Katie L. Steiner.

Dated: April 19, 2019

Respectfully submitted,

*/s/ Katie L. Steiner*
Michael J. Garvin (0025394)
Katie L. Steiner (0096933)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327
Telephone: (216) 479-6100
Facsimile: (216) 479-6060
Email: mjgarvin@vorys.com
klsteiner@vorys.com

*Counsel for Plaintiff The NOCO Company*