UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE NOCO COMPANY | ) Case No.: 1:18-cv-2626 |
| ) | |
| Plaintiff, | ) Judge Patricia A. Gaughan |
| v. | ) |
| ) | |
| DONGGUAN TAOYUANXIANGBAO | ) |
| ZHIPINYOUXIANGONGSI LTD. | ) |
| ) | |
| Defendant. | |

## DECLARATION OF KATIE LYNN STEINER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT THROUGH ALTERNATIVE MEANS

I, Katie Lynn Steiner, declare as follows:

1. I am an attorney with Vorys, Sater, Seymour and Pease LLP ("Vorys"), counsel for Plaintiff The NOCO Company, Inc. ("NOCO") in this case.

2. Prior to initiating this lawsuit, NOCO, through counsel, attempted to ascertain the physical addresses, email addresses, phone number, and any other available contact information for Defendant DongGuan TaoYuanXiangBao ZhiPinYouXianGongSi Ltd. ("DongGuan"), doing business as "Aenllosi" on http://www.amazon.com ("Amazon"). NOCO has conducted a comprehensive and exhaustive search of Amazon, the United States Patent and Trademark Office ("USPTO"), ICANN's WHOIS database (for information about the possible registration of a domain name for "Aenllosi"), various social media platforms, and http://www.google.com.

3. Amazon allows customers to contact vendors through its Message Center. NOCO was unable to identify any address for "Aenllosi" or DongGuan on Amazon's United States website.

4. Amazon's Mexico website provides a mailing address for "Aenllosi." The name and address provided is TakaStore, dasengongyequ3lou, tangxiazhentianxincunluyierlu2hao,

Dongguanshi, GuangDong, 523900, CN. Using this information, Google Maps, Google Translate, and the address DongGuan provided to the USPTO (*see* ¶ 5), I determined that a valid address for this recipient could be TangXiaZhen TianXinCun LuYiErLu, ErHao DaSenGongYeQu 3Lou, GuangDong, China, 523718.

5. The USPTO identifies DongGuan as the current owner of the "Aenllosi" trademark. The address for DongGuan is listed as TangXiaZhen TianXinCun LuYiErLu, ErHao DaSenGongYeQu 3Lou, GuangDong, China, 523718. DongGuan's telephone number is listed as +86-18025859810. As of January 9, 2019, the email address for DongGuan was listed as usmarkcenter@gmail.com.

6. The USPTO does not identify an attorney/correspondent for DongGuan, but does identify Mr. Tai Bin ("Tai Bin") as the president of DongGuan.

7. NOCO attempted to deliver copies of the Notice of a Lawsuit and Request to Waive Service of a Summons, the Complaint, and the Waiver of the Service of Summons (collectively, the "Waiver Package") to DongGuan through physical and electronic channels.

8. On January 9, 2019, NOCO sent the Waiver Package to DongGuan at usmarkcenter@gmail.com. The message was relayed (i.e., it did not "bounce back" and no error messages were received).

9. On January 11, 2019, NOCO sent the Waiver Package to DongGuan and Tai Bin at the TangXiaZhen address via FedEx International Priority, tracking number 784920730397. The package was delivered on January 14, 2019.

10. On January 14, 2019, NOCO sent the Waiver Package to DongGuan through Amazon's Message Center (via "Aenllosi"). The message was relayed.

11. On January 14, 2019, DongGuan replied to NOCO through the Amazon Message Center. The message was unresponsive to NOCO's Amazon Message Center communication requesting waiver of service and instead asserted that DongGuan has the right to use its own "Aenllosi" mark.

12. On March 12, 2019, NOCO replied to DongGuan's Amazon Message Center via email, using the address associated with DongGuan's seller account (wl2gpr55qf0x37z@marketplace.amazon.com). This message was relayed. NOCO explained in its message the basis for the claims contained in its Complaint. DongGuan has not replied to this message.

13. By March 11, 2019, the end of the sixty-day period for DongGuan to return the waiver, NOCO had not received the waiver.

14. On April 18, 2019, NOCO called DongGuan to verify its mailing address. The call was answered but not by a person who spoke English or who responded to the names DongGuan or Tai Bin. The number appeared to be a personal rather than a business one.

15. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2019 /s/ *Katie Lynn Steiner*

Katie Lynn Steiner

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2019, a copy of the foregoing Declaration of Katie Lynn Steiner in Support of Plaintiff's Motion for Leave to Serve Defendant Through Alternative Means was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. Notice of the filing will also be delivered to Defendant DongGuan TaoYuanXiangBao ZhiPinYouXianGongSi Ltd. through the Amazon Message Center.

*/s/ Katie L. Steiner*
Katie L. Steiner (0096933)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
(216) 479-6100
(216) 479-6060 (facsimile)
klsteiner @vorys.com